IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT LEE MARTIN, ADMINISTRATOR
OF THE ESTATE OF CHRISTOPHER
LEE MARTIN, DECEASED                                                                                    PLAINTIFF

vs.                                        Civil No. 6:12-cv-06061

LARRY SANDERS, *et al*                                                                                      DEFENDANTS

## MEMORANDUM OPINION

On January 10, 2014, Plaintiff filed this Motion for Voluntary Dismissal. ECF No. 26. Defendants have not responded motion. *Id.* The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 25. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

Absent any pending counterclaims, a court is authorized to dismiss a case at the Plaintiff's request on the terms that the court considers proper. FED. R. CIV. P. 41(a)(2). No Defendant has asserted a counterclaims or objected to this motion. After taking into consideration said Motion, the Court finds the Plaintiff's motion should be **GRANTED** and Plaintiff's case be dismissed without prejudice.

ENTERED this 7th day of February, 2014.

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE