IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT LEE MARTIN, ADMINISTRATOR
OF THE ESTATE OF CHRISTOPHER
LEE MARTIN, DECEASED                                                    PLAINTIFF

vs.                              Civil No. 6:12-cv-06061

LARRY SANDERS, *et al*                                                  DEFENDANTS

## JUDGMENT

Comes now the Court on this the **7th day of February, 2014**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE